Public Service Commission for Appointment of Commissoners. (In the Matter of Whitehall and Montague Street Route.) — Applications granted. Orders to be settled on notice.

John F. Manning v. Emil Seelig.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Sarah Liebermann v. Joseph M. Liebermann.— Motion to dismiss appeal granted, with ten dollars costs.

Amelia Peters and Others v. William H. Peters and Others.— Motion to dismiss appeal denied, without costs.

Daniel F. Kieley, as Receiver, v. James D. Shipman.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Frederick T. Tagliavi v. T. M. Randolph Heikleham and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

John F. L. Collins v. New York Telephone Company.— Application denied, with ten dollars costs. Order signed.

Albert D. Bunner v. Thomas Connors.— Application denied, with ten dollars costs. Order signed.

Albert D. Bunner v. Thomas Connors.— Motion for stay denied, with ten dollars costs.

Western Union Telegraph Company v. William H. White and Others.— Application denied, with ten dollars costs. Order signed.

Isadore Kashare v. Jacob Robbins.— Application denied, with ten dollars costs. Order signed.

Henry Heide v. Lambros Mulinos, Impleaded.— Application granted. Order signed.

Ephraim Benjamin and Others v. Daniel J. Brownstein and Others.— Application denied, with ten dollars costs. Order signed.

Cascade Hotel Company v. Orleans Real Estate Company. — Motion denied, with ten dollars costs.

In the Matter of Emma Bachrach, etc. (In the Matter of William S. Evans.) — Motion denied, with ten dollars costs.

Paul Schmidt v. Medical Society of New York.— Motion denied, with ten dollars costs.

John H. Evans v. John White.— Motion denied, with ten dollars costs.

In the Matter of James F. O'Neill.— Proceeding dismissed. Order to be settled on notice.

The Stewart Iron Works Company, Respondent, v. Ocean View Cemetery and Others, Appellants, Impleaded with Walter H. Bunn and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary E. Maxwell and Ida F. Stevane, as Executrices of and Trustees under the Will of Catherine I. Maxwell, Deceased, Respondents, v. The City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.